## U.S. Bankruptcy Court
## Middle District of Florida

In re:

JOHN PAUL BEASLEY AND LISA ANN BEASLEY
Debtor

Bankruptcy Case No. 3:10-bk-03853-PMG

JOHN PAUL BEASLEY
LISA ANN BEASLEY
Plaintiff
v.
VYSTAR CREDIT UNION
Defendant

Adversary Proceeding No. 3:10-ap-00305-PMG

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| E. Warren Parker, Jr.<br>8777 San Jose Blvd., Suite 301<br>Jacksonville, FL 32217 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: 06/09/2010

*Lu Ann Bennett*

Clerk, U.S. Bankruptcy Court

\*\*\* **Important Notice** \*\*\*
Click here to receive the second page of the summons (certificate of service).
**This certificate must be filed with the court after service has been made on the parties.**

CSD 3007

## CERTIFICATE OF SERVICE

I, E. Warren Parker, Jr., certify that I am, and, at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 9, 2010 by:

[ ] Mail service: Regular, first class United States mail, postage fully prepaid, addressed to:

    Vystar Credit Union, c/o Chad D. Heckman, Esquire,
    Williams, Gautier, Gwynn, DeLoach & Sorenson, PA,
    PO Box 4128,
    Tallahassee, FL 32315-4128
    (creditor as filed on secured proof of claim)

[] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[✓] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    Terry R. West President and CEO of Vystar Credit Union
    4949 Blanding Blvd.
    Jacksonville, FL 32210
    (at the place where he conducts his usual business)

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| June 9, 2010 | /s/ E. Warren Parker, Jr. |
| Date | E. Warren Parker, Jr., Esquire |
| | Florida Bar No. 958506 |
| | Churchill Park, Suite 301 |
| | 8777 San Jose Boulevard |
| | Jacksonville, Florida 32217 |